**STATE of Missouri, ex rel., Chris KOSTER, Missouri Attorney General, Respondent,**

v.

**Lewis R. WATKINS, Appellant.**

**No. WD 77061.**

Missouri Court of Appeals, Western District.

Aug. 26, 2014.

Application for Transfer to Supreme Court Denied Sept. 30, 2014.

Application for Transfer Denied Nov. 25, 2014.

Peter Sullivan, Clayton, MO, Clayton Gillette, Kansas City, MO, for Appellant.

Corey Ranfranz, Jefferson City, MO, for Respondent.

Before Division Three: GARY D. WITT, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

---

## ORDER

PER CURIAM:

Mr. Lewis R. Watkins appeals the judgment awarding the State of Missouri repayment of inmate care costs, pursuant to the Missouri Incarceration Reimbursement Act (MIRA).

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).